In the Matter of the Claim of CLAUDE HAWES, Respondent, against GERHARD LANG BREWERY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 17, 1951; decided March 8, 1951.

*Arnold La Guardia* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.